**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

SANDRA LAURENTANO

    Plaintiff,

v.    CASE NO.:  5:18-cv-00285-JSM-PRL

STERLING JEWELERS, INC., d/b/a J.B.
ROBINSON JEWELERS and DNF
ASSOCIATES, LLC

    Defendant.

### NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT STERLING JEWELERS, INC., d/b/a J.B. ROBINSON JEWELERS ONLY

**PLAINTIFF,** SANDRA LAURENTANO, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, SANDRA LAURENTANO, and Defendant, STERLING JEWELERS, INC., d/b/a/ J.B. ROBINSON JEWELERS only, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 5th day of March, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

Respectfully submitted,

*/s/Heather H. Jones*
Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL   33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*