UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SANDRA LAURENTANO,

    Plaintiff,

v.                                  Case No: 5:18-cv-285-Oc-30PRL

STERLING JEWELERS, INC. and DNF
ASSOCIATES, LLC,

    Defendants.

ORDER

The Court has been advised via a Notice of Pending Settlement as to Defendant Sterling Jewelers, Inc., d/b/a J.B. Robinson Jewelers Only (Dkt. 20) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant Sterling Jewelers, Inc., d/b/a J.B. Robinson Jewelers, and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate Defendant Sterling Jewelers, Inc., d/b/a J.B. Robinson Jewelers, from this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of March, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record