UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SANDRA LAURENTANO,

    Plaintiff,

v.   Case No: 5:18-cv-285-Oc-30PRL

DNF ASSOCIATES, LLC and HAVARD COLLECTION SERVICES, INC.,

    Defendants.

---

ORDER

The Court has been advised via a Notice of Pending Settlement as to Defendant DNF Associates LLC, Only (Dkt. 31) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant DNF Associates LLC, and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Defendant DNF Associates, LLC's Motion to Compel (Dkt. 30) is denied as moot. The Clerk is directed to terminate Defendant DNF Associates LLC, from this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of March, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record