UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SANDRA LAURENTANO

    Plaintiff,

vs.

                              CASE NO.: 5:18-cv-00285-JSM-PRL

DNF ASSOCIATES, LLC, HARVARD COLLECTION SERVICES, INC., and HALSTED FINANCIAL SERVICES, LLC

    Defendants.

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HARVARD COLLECTION SERVICES, INC.**

    Pursuant to F.R.C.P. 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Sandra Laurentano, hereby files this Notice of Voluntary Dismissal Without Prejudice As To Defendant Harvard Collection Services, Inc., in the above-captioned matter.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system April 2, 2019 to all parties of record.

                                                             Respectfully submitted,

                                                             */s/ Heather H. Jones*
                                                             Heather H. Jones, Esq.
                                                             Florida Bar No. 0118974
                                                             William "Billy" Peerce Howard, Esq.
                                                             Florida Bar No. 0103330
                                                             THE CONSUMER PROTECTION FIRM, PLLC
                                                             4030 Henderson Blvd.
                                                              Tampa, FL 33629
                                                              Telephone: (813) 500-1500, ext. 205
                                                              Facsimile: (813) 435-2369
                                                              Heather@TheConsumerProtectionFirm.com
                                                              Billy@TheConsumerProtectionFirm.com
                                                             *Attorney for Plaintiff*