IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SANDRA LAURENTANO**

    **Plaintiff,**

v.     CASE NO.: 5:18-cv-00285-JSM-PRL

**STERLING JEWELERS, INC., d/b/a
JB ROBINSON JEWELERS, and DNF
ASSOCIATES, LLC**

    **Defendants.**
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT STERLING JEWELERS, INC., ONLY

The Plaintiff, Sandra Laurentano and Defendant Sterling Jewelers, Inc., by and through undersigned counsel and pursuant to Rule 41 (a)(1)(A)(ii) of the *Federal Rules of Civil Procedure,* hereby stipulate, agree and give notice that all claims asserted by the Plaintiff against Defendant Sterling Jewelers, Inc., in this action are hereby dismissed with prejudice with each party to bear its own attorneys' fees and costs. This stipulation does not affect Plaintiff's claims against DNF Associates, LLC, which remain pending.

DATED: April 3, 2019

| | |
|---|---|
| */s/ Heather H. Jones*<br>Heather H. Jones, Esq. Florida Bar No. 0118974<br>William Peerce Howard, Esq.<br>Florida Bar No. 0103330<br>THE CONSUMER PROTECTION FIRM<br>4030 Henderson Blvd.<br>Tampa, FL  33629<br>Telephone: (813) 500-1500<br>Facsimile: (813) 435-2369 *Attorney for Plaintiff, Sandra Laurentano* | */s/ Joshua A. Mize*<br>Joshua A. Mize, Esq.<br>Florida Bar No. 86163<br>MIZE LAW, PLLC<br>110 Front Street, Suite 300<br>Jupiter, FL  33477<br>Telephone: (407) 913-6800<br>Facsimile: (407) 604-7410<br>jmize@mizelaw.com<br>*Attorney for Defendant, Sterling Jewelers Inc.* |