# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SANDRA LAURENTANO

    Plaintiff,

v.                                             CASE NO.: 5:18-cv-00285-JSM-PRL

STERLING JEWELERS, INC., d/b/a
JB ROBINSON JEWELERS, and DNF
ASSOCIATES, LLC

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT DNF ASSOCIATES, LLC

The Plaintiff, Sandra Laurentano and Defendant DNF Associates, LLC, by and through undersigned counsel and pursuant to Rule 41 (a)(1)(A)(ii) of the *Federal Rules of Civil Procedure,* hereby stipulate, agree and give notice that all claims asserted by the Plaintiff against Defendant DNF Associates, LLC, in this action are hereby dismissed with prejudice with each party to bear its own attorneys' fees and costs.

DATED: May 23, 2019.

*/s/ Heather H. Jones*
Heather H. Jones, Esq. Florida Bar No. 0118974
William Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM
4030 Henderson Blvd.
Tampa, FL  33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369 *Attorney for Plaintiff, Sandra Laurentano*

*/s/ Christopher A. Walker*
Christopher A. Walker, Esq.
Florida Bar No. 114793
Lippes Mathias Wexler Friedman, LLP
882 U.S. Highway A1AN, Suite 100
Ponte Verde Beach, Florida  32802
Telephone: (904) 660-0020
Facsimile: (904) 660-0029
*Attorney for Defendant, DNF Associates, LLP*